IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

DIAMOND ICE PRINTS, LLC,

    Plaintiff,

v.                                  CASE NO. 2010-CA-25542-O

SUMMIT CAPITAL, INC.,
THOMAS B. BAKER,
TRAVEL PARTNERS GROUP, INC.,
and YTP INTERNATIONAL, INC.,

    Defendants.
_____/

## SUMMIT CAPITAL, INC. AND THOMAS B. BAKER'S
## MOTION TO DISMISS AMENDED COMPLAINT

Defendants Summit Capital, Inc. and Thomas B. Baker (hereinafter collectively the "Defendants"), by and through their undersigned counsel, and pursuant to Fla. R. Civ. P. 1.140(b), hereby move to dismiss the Amended Complaint dated December 7, 2010, and state:

1.    On December 9, 2010, Defendants were served with an Amended Complaint. However, the Summons erroneously refers to an attached "Complaint."

2.    On December 28, 2010, Defendants served a Motion for Enlargement of Time, requesting an additional 20 days to retain legal counsel and defend this action. This motion was served via facsimile and regular U.S. mail to counsel for Plaintiff.

3.    On January 6, 2011, Plaintiff filed a Motion for Default against Summit Capital, Inc., despite the fact that both Defendants had moved for an enlargement of time.

4.    The Amended Complaint should be dismissed on a number of grounds. First, the Exhibit "A" attached by Plaintiff is an incomplete copy of a draft contract that, upon information and belief, is not the final form of contract that was ultimately signed.

5. Further, the Amended Complaint fails to state a cause of action for breach of contract because it does not state which parties are allegedly responsible for breaching what contracts, which paragraphs of the contracts were purportedly breached, or what actions were allegedly taken by which parties.

6. The Amended Complaint refers to all three contracts as "a contract" despite the fact that the attachments involve different parties. The Amended Complaint also states that the defendants committed breaches by "*inter alia* not securing reasonable financing for Plaintiff, undermining potential financing for Plaintiff, releasing Plaintiff's proprietary information, and improperly engaging in business activities with third parties already doing business with Plaintiff." The pleading does not state what financing was not secured, or was "undermined," nor does it allege what proprietary information was released or what business activities were improper.

7. The Amended Complaint also fails to state a cause of action because it does not allege that Plaintiff fully performed under the contracts.

8. The Amended Complaint does not allege that Plaintiff performed all conditions precedent to filing suit, or that such conditions have occurred or been waived.

9. The Amended Complaint refers to venue but does not make any allegations as to the exercise of personal jurisdiction over foreign persons and entities under the Long-Arm statute.

10. Accordingly, the Amended Complaint should be dismissed.

WHEREFORE Defendants, Summit Capital, LLC and Thomas B. Baker, move to dismiss the Amended Complaint, and for such further relief as deemed just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2011, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system.

/s/ David P. Hathaway
David P. Hathaway
Florida Bar No. 0491411
Dean, Mead, Egerton, Bloodworth,
  Capouano & Bozarth, P.A.
Post Office Box 2346
Orlando, Florida 32802-2346
Telephone: (407) 841-1200
Fax: (407) 423-1831
E-mail:dhathaway@deanmead.com

O0576447v1