### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**DIAMOND ICE PRINTS, LLC,**

      **Plaintiff,**

**v.**                                                      **Case No:  6:11-cv-174-Orl-31GJK**

**SUMMIT CAPITAL, INC., THOMAS B.
BAKER, TRAVEL PARTNERS GROUP,
INC. and YTB INTERNATIONAL, INC.,**

      **Defendants.**

_____

## ORDER

    This cause comes before the Court on the Renewed Unopposed Motion to Withdraw as Counsel for Diamond Ice Prints, LLC and Robert L. Fox, Individually (Doc. No. 48) filed by Attorney Douglas W. Ackerman on May 17, 2012.

    On June 3, 2012, the United States Magistrate Judge issued a report (Doc. No. 49) recommending that the motion be granted. No objections have been filed.  Therefore, it is

    **ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2.    The Renewed Unopposed Motion to Withdraw as Counsel for Diamond Ice Prints, LLC and Robert L. Fox, Individually is **GRANTED**.   The Clerk is directed to terminate Douglas W. Ackerman as counsel for these Defendants.

3.    Plaintiff's Second Amended Complaint (Doc. No. 31) is **DISMISSED**.

4.      Plaintiff's Answers to Defendant Thomas B. Baker's counterclaim (Doc. No. 37)

and to Defendant YTB International, Inc.'s counterclaim (Doc. No. 38) are

**STRICKEN** and the Clerk is directed to enter default against Plaintiff as to these

counterclaims.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 21, 2012.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party